UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEONARD DORANCE OSTRANDER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ADAM GILLEY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 23-10768<br>Honorable Matthew F. Leitman<br>Magistrate Judge Elizabeth A. Stafford |

### REPORT AND RECOMMENDATION TO DISMISS DEFENDANT TANNER BECKWITH

　　Plaintiff Leonard Dorance Ostrander, a pro se prisoner proceeding in forma pauperis, sues Defendant Detroit Police Department (DPD) officers Adam Gilley and Tanner Beckwith for unlawful arrest and imprisonment under 42 U.S.C. § 1983. ECF No. 1; ECF No. 14. The Honorable Matthew F. Leitman referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 8.

　　In a separate order, this Court granted in part Ostrander's motion to amend his complaint but found that his claims of unlawful arrest and imprisonment would be futile because it is barred by the *Heck* doctrine. ECF No. 23. Because Ostrander made no other claim against Beckwith,

1

the Court **RECOMMENDS** that Beckwith should be dismissed from the action.

                s/Elizabeth A. Stafford
                ELIZABETH A. STAFFORD
                United States Magistrate Judge

Dated: June 28, 2023

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). If a party fails to timely file specific objections, any further appeal is waived. *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991). And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains. Within 14 days after service of objections, **any non-objecting party must file a response** to the

objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections lack merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

    The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 28, 2023.

                                        s/Marlena Williams
                                        MARLENA WILLIAMS
                                        Case Manager