UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD DORANCE OSTRANDER,

 Plaintiff,

v.

Case No. 23-cv-10768
Hon. Matthew F. Leitman

ADAM GILLEY, *et. al.*,

 Defendants.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

        KINIKIA ESSIX
        CLERK OF COURT

      By: s/Holly A. Ryan
        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 29, 2024
Detroit, Michigan

1