UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD DORANCE
OSTRANDER,

    Plaintiff,

v.

ADAM GILLEY, *et al*.,

    Defendants.

Case No. 23-10768
Honorable Matthew F. Leitman
Magistrate Judge Elizabeth A. Stafford

**ORDER DENYING PLAINTIFF'S FIFTH MOTION TO APPOINT COUNSEL AND HIS REQUEST FOR EXPEDITED HEARING OF THE MOTION (ECF NOS. 53, 54)**

Plaintiff Leonard Dorance Ostrander moves a fifth time for appointment of counsel.[1] ECF No 53. He also moves for expedited hearing of his motion. ECF No. 54. The Court denied his earlier motions for appointment of counsel without prejudice, reasoning that Ostrander has not shown exceptional circumstances meriting appointment of counsel during this pretrial stage. ECF No. 10; ECF No. 26; ECF No. 49. This conclusion has not changed. Thus, Ostrander's fifth motion to appoint

---

[1] The Honorable Matthew F. Leitman referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 52.

counsel (ECF No. 53) and his request for expedited hearing of the motion (ECF No. 54) are **DENIED WITHOUT PREJUDICE**.

Dated: September 24, 2024

                          s/Elizabeth A. Stafford
                          ELIZABETH A. STAFFORD
                          United States Magistrate Judge

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 24, 2024.

                          s/Julie Owens
                          JULIE OWENS
                          Case Manager