UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD DORANCE OSTRANDER,

    Plaintiff,

v.

ADAM GILLEY, *et al.*,

    Defendants.
_____/

Case No. 23-cv-10768
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the order entered on this day and on August 1, 2023,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                                  By:   s/Holly A. Ryan
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 3, 2025
Detroit, Michigan